JS-6 / REMAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEXANDER, an individual<br><br>Plaintiff,<br><br>v.<br><br>ABM ONSITE SERVICES-WEST, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 16-1948-DMG (MRWx)<br><br>**ORDER FOR REMAND TO STATE COURT [6]** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-referenced matter is remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

DATED: March 24, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT COURT